UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 23, 2016
David J. Bradley, Clerk

| | |
|---|---|
| United States of America, | § |
| Plaintiff, | § |
| versus | § Criminal Action H-12-194-9 |
| Morris Alexander Wise, | § |
| Defendant. | § |

## Order

By September 30, 2016, the United States of America must explain why this case does not twice put Morris Alexander Wise in jeopardy for the same crime.

Signed on September 23, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge